**E-filed 4/27/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SINAN AL SHAHWANY, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ROBERT S. MUELLER, III, Director, ) <br> Federal Bureau of Investigations; ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> EMILIO T. GONZALEZ, Director, U.S. ) <br> Citizenship and Immigration Services (USCIS); ) <br> DAVID STILL, District Director, USCIS; ) <br> FRANCIS D. SICILIANO, San Jose Field ) <br> Office Director, USCIS, ) <br> ) <br>     Defendants. ) <br> ) | No. C 07-1084 JF <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about February 22, 2007. Defendants' answer is currently due on April 27, 2007.

    2. Pursuant to this Court's February 22, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on May 25, 2007, and attend a case management conference on June 1, 2007.

Stipulation for Extension
C 07-1084 JF

3. The FBI name check has been completed for plaintiff.

4. In order to allow sufficient time for the parties to resolve this case without further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendant's Answer: | May 28, 2007 |
| Last day to file Joint ADR Certification: | June 8, 2007 |
| Last day to file/serve Joint Case Management Statement: | June 22, 2007 |
| Case Management Conference: | June 29, 2007, at 10:30 a.m. |

Date: April 25, 2007             Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: April 25, 2007             _____/s/_____
ELIAS Z. SHAMIEH
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    4/27/07

_____
JEREMY FOGEL
United States District Judge

Stipulation for Extension
C 07-1084 JF