**E-filed 5/31/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 SINAN AL SHAHWANY,                )
                                     ) No. C 07-1084 JF
13              Plaintiff,           )
                                     )
14        v.                         ) **STIPULATION TO DISMISS; AND**
                                     ) **[PROPOSED] ORDER**
15 ROBERT S. MUELLER, III, Director, )
   Federal Bureau of Investigations; )
16 MICHAEL CHERTOFF, Secretary,      )
   Department of Homeland Security;  )
17 EMILIO T. GONZALEZ, Director, U.S.)
   Citizenship and Immigration Services (USCIS); )
18 DAVID STILL, District Director, USCIS; )
   FRANCIS D. SICILIANO, San Jose Field )
19 Office Director, USCIS,           )
                                     )
20              Defendants.          )
                                     )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

26 within 14 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation for Dismissal
C 07-1084 JF

| | | |
|---|---|---|
| 1 | Date: May 23, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: May 23, 2007 | _____/s/_____<br>ELIAS Z. SHAMIEH<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/31/07

_____
JEREMY FOGEL
United States District Judge

Stipulation for Dismissal
C 07-1084 JF